UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| L.W. RUSS, individually and on behalf of others similarly situated | CIVIL ACTION |
| VERSUS | NO: 21-02325 |
| CANAL BARGE COMPANY, INC. | SECTION: T (5) |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the defendant that all parties to this action have firmly agreed upon a compromise agreement,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including approval of the settlement agreement under the Fair Labor Standards Act and enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 16th day of May 2023.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE