UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| L. W. RUSS, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CANAL BARGE COMPANY, INC.<br><br>　　　　　Defendant. | Case No. 2:21-cv-02325<br><br>Judge Guidry<br><br>Magistrate Judge North<br><br>Section: "T" (5) |

# ORDER

Having considered Plaintiffs Landan Russ and Benjamin Noonan and Defendant Canal Barge Company, Inc.'s Joint Motion for Approval of Settlement Agreement (the "Motion"),

IT IS ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that the terms of the Parties' settlement as set forth in the Settlement Agreement are APPROVED; and

IT IS FURTHER ORDERED that this case and all claims asserted by Plaintiffs Landan Russ and Benjamin Noonan against Defendant Canal Barge Company, Inc. are DISMISSED WITH PREJUDICE, with each party to bear their own costs; and

IT IS FURTHER ORDERED that all relief not expressly set forth in the Parties' Settlement Agreement is DENIED; and

1

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE this case.

SO ORDERED, this __14th__ day of July 2023, in New Orleans, Louisiana.

*[Signature: Greg Gerard Guidry]*

The Hon. Greg Gerard Guidry
United States District Judge
Eastern District of Louisiana

Case 2:21-cv-02325-GGG-MBN   Document 38   Filed 07/14/23   Page 2 of 2